# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GAYLE GEORGE,**<br><br>Plaintiff,<br><br>v.<br><br>**OFFICE OF CHIEF TECHNOLOGY OFFICER GOVERNMENT OF THE DISTRICT OF COLUMBIA**,<br><br>Defendant. | Case No. 19-cv-02057 (TNM) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment, the pleadings, relevant law, related legal memoranda in opposition and support, and the entire record, for the reasons set forth in the accompanying Memorandum Opinion it is hereby

**ORDERED** that Defendant's [24] Motion for Summary Judgment is GRANTED.

**SO ORDERED**.

The Clerk of Court is directed to close the case. This is a final appealable order.

Dated: March 25, 2021                                         TREVOR N. McFADDEN, U.S.D.J.